# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | | |
|---|---|---|
| Debra Williams, | ) | |
| | ) | Case No. 5:10-cv-333 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| Portfolio Recovery Associates, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, Debra Williams, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties. Plaintiff requests that this Court retain jurisdiction over this matter solely for the purpose of enforcing the settlement agreement, should either party fail to perform any of its obligations thereunder.

                        Respectfully submitted,

                        /s/ David B. Levin
                        David B. Levin (0059340)
                        Mitchel E. Luxenburg (0071239)
                        Attorneys for Plaintiff
                        Luxenburg & Levin, LLC
                        23875 Commerce Park
                        Suite 105
                        Beachwood, OH 44122
                        (888) 493-0770, ext. 302 (phone)
                        (866) 551-7791 (facsimile)
                        david@luxenburglevin.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 14, 2010, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ David B. Levin
David B. Levin (0059340)
Mitchel E. Luxenburg (0071239)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
david@luxenburglevin.com