UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:10-CV-00333-BR

| | |
|---|---|
| DEBRA WILLIAMS, ) | |
| ) | |
| Plaintiff ) | |
| ) | ORDER |
| v. ) | |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| LLC , | |
| ) | |
| Defendant ) | |

On 14 September 2010, plaintiff filed a "Notice of Dismissal" in which she states that this matter has settled and she is dismissing the action with prejudice. Further, she requests that the court "retain jurisdiction over this matter solely for the purpose of enforcing the settlement agreement." The court is unable to retain jurisdiction to enforce an agreement which the court has not seen. The Clerk is DIRECTED to close this case.

This 20 September 2010.

_____
W. Earl Britt
Senior U.S. District Judge